UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD A. LOVERN, JR., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant | Civil No. 3:08-CV-5619-BHS <br><br><br><br> JUDGMENT |

IT IS ORDERED AND ADJUDGED that this case is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings in accordance with this Court's Order.

Judgment is entered for Plaintiff and this case is closed.

DATED this 18th day of March, 2009.

BENJAMIN H. SETTLE
United States District Judge

JUDGMENT - [3:08-cv-5619-BHS]